UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAYED H ZAIDI, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: C 10-0698 PVT <br><br> **ORDER SOLICITING REPLY FROM DEFENDANT AND CONTINUING HEARING** |

On May 12, 2010, Defendant filed a Motion to Dismiss. On June 18, 2010, the court issued an interim order extending the deadline for the Plaintiff to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," and extending the briefing and hearing schedule for the motion to dismiss. Both parties have now filed consents to Magistrate Judge jurisdiction. Plaintiff timely filed his opposition papers. Defendant has not filed any reply. While reply papers are not mandatory, Plaintiff has raised some issues the court would like Defendant to respond to in writing. Therefore,

IT IS HEREBY ORDERED that, no later than August 2, 2010, Defendant shall file reply papers.

IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss is

ORDER, *page 1*

1 | CONTINUED to August 10, 2010, at 10:00 a.m. in Courtroom 5 of this court.

2 | Dated: *7/22/10*

3 | *[signature]*
PATRICIA V. TRUMBULL
4 | United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *7/23/10*    to:

Sayed H Zaidi
81 Mihalakis St., Apt. #401
Milpitas, CA  95035

　　　　　　　　　　　　　　　　　　　　*/s/  Donna Kirchner*              *for*
　　　　　　　　　　　　　　　　　　　　MARTHA BROWN
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy