1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11

12  SAYED H. ZAIDI,                    )   Case No.: C 10-0698 PSG
                                       )
13              Plaintiff,             )   **ORDER TO SHOW CAUSE WHY**
                                       )   **DEFENDANT HAS NOT COMPLIED**
14       v.                            )   **WITH THIS COURT'S ORDER**
                                       )
15  COMMISSIONER OF SOCIAL             )   **(Re: Docket No. 45)**
    SECURITY,                          )
16                                     )
                Defendant.             )
17  _____)

18       On March 3, 2011, this court ordered that "the case is remanded for a determination on

19  Plaintiff's request for reconsideration. The determination shall be made no later than March 31,

20  2011 and should either grant or deny the request. Plaintiff shall be immediately informed of the

21  determination and afforded any and all appeal rights, including a hearing, that follow under the

22  agency's regulations."[1]

23       On April 18, 2011, Plaintiff notified the court that he has not yet received any notification

24  regarding his request for reconsideration or any other communication from Defendant.

25  Accordingly,

26       IT IS HEREBY ORDERED that Defendant must respond in writing no later than April 29,

27

28       [1] 3/3/11 Order Remanding Case for Determination of Pl.'s Request for Reconsideration at 2
    (Docket No. 43).

                                          ORDER, *page 1*

1  2011 to show cause why it has not complied with this court's March 3, 2011 Order.  If Defendant
2  does not respond by that date, counsel for Defendant shall appear in court on May 3, 2011 at 2
3  p.m. to show cause for Defendants's lack of compliance.  Plaintiff may also attend that hearing.

5  Dated: April 22, 2011

                                  PAUL S. GREWAL
                                  United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Sayed H Zaidi
81 Mihalakis Street
Apt. #401
Milpitas, CA 95035

Dated: April 22, 2011

　　　　　　　　　　　　　　　　　　　　　*/s/ Chambers Staff*
　　　　　　　　　　　　　　　　　　　　Chambers of U.S. Magistrate Judge Paul S. Grewal