UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAYED H. ZAIDI,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: C 10-00698 PSG<br><br>**ORDER SETTING HEARING REGARDING DEFENDANT'S RESPONSE TO THE ORDER TO SHOW CASE WHY DEFENDANT HAS NOT COMPLIED WITH THIS COURT'S ORDER**<br><br>**(Re: Docket No. 47)** |

   Defendant shall appear before this court on Tuesday, May 3, 2011 at 2 p.m.  Plaintiff is not required to attend but is welcome to do so.  Defendant shall call Plaintiff immediately to notify him of this hearing.

Dated: April 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Sayed H Zaidi
81 Mihalakis Street
Apt. #401
Milpitas, CA 95035

Dated: April 28, 2011

                                         */s/ Chambers Staff*
                             Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER