UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAYED ZAIDI<br><br>　　　　Plaintiff,<br>　v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 10-CV-698-PSG<br><br>ORDER DISSOLVING STANDBY ORDER HOLDING DEFENDANT IN CONTEMPT OF COURT ORDER |

This court ordered that, before May 17, 2011, Defendant was to comply with the court's March 3, 2011 order or Defendant would be in contempt of court. On May 16, 2011, Defendant filed a notice of compliance. The court is satisfied that Defendant has complied with the March 3, 2011 court order. The Standby Order Holding Defendant in Contempt of Court Order therefore is dissolved.

**IT IS SO ORDERED.**

Dated: May 17, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 10-698
ORDER